**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Raymond R. McPeek II a/k/a Raymond McPeek a/k/a Ray McPeek | CHAPTER 13 |
| Debtor(s) | BKY. NO. 22-11242 PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper and index same on the master mailing list.

    Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
19 May 2022, 16:13:20, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: f9eb79fcb37524c142ebfc3aaa3717c8d66370910108c7db94fe8444e5eeda40