# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                            :
    RAYMOND R. MCPEEK, II           :    Chapter 13
    aka RAYMOND MCPEEK              :
    aka RAY MCPEEK                  :    Bankruptcy No. 22-11242 PMM
                                                  :
    Debtor                           :

## NOTICE OF OBJECTION TO PROOF OF CLAIM NO. 6 AND HEARING DATE

Raymond R. McPeek, II, by and through his attorney, David S. Gellert, Esquire, of David S. Gellert, P.C., has filed an Objection to the Proof of Claim you filed in this bankruptcy case.

1. **Your claim may be reduced, modified, or eliminated.  You should read these papers carefully and discuss them with your attorney, if you have one.  (If you do not have an attorney, you may wish to consult an attorney.)**

2. **If you do not want the court to change or eliminate your claim, you or your lawyer must attend the hearing on the Objection** scheduled to be held on Thursday, September 1, 2022 at 11:00 A.M. in Courtroom Fourth Floor, U.S. Bankruptcy Court, The Gateway Building, 201 Penn Street, Reading, PA 19601.  If you or your attorney do not attend the hearing on the Objection, the court may decide that you do not oppose the Objection to your claim.

3. **If you intend to appear at the hearing** to contest the Objection to your claim, **you must notify the person listed below at least seven (7) day before the hearing date**.  If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

Dated:  July 28, 2022                            s/   David S. Gellert
                                                            David S. Gellert, Esquire
                                                             David S. Gellert, P.C.
                                                              3506 Perkiomen Avenue
                                                              Reading, PA 19606
                                                              (610) 779-8000
                                                              Fax: (610) 370-1393
                                                              dsgrdg@ptdprolog.net