**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| RAYMOND R. MCPEEK, II | : | Chapter 13 |
| aka RAYMOND MCPEEK | : | |
| aka RAY MCPEEK | : | Bankruptcy No. 22-11242 PMM |
| | : | |
| Debtor | : | |

**CERTIFICATION OF NO ANSWER**

AND NOW, this 16th day of August, 2022, David S. Gellert, Esquire, of David S. Gellert,

P.C., attorney for the above-captioned Debtor, hereby certifies that no answer was filed or served

on him regarding the Notice of Motion, Response Deadline and Hearing Date with respect to the

Motion of Debtor to Avoid Judgment Lien of LVNV Funding, LLC.


    s/   David S. Gellert
David S. Gellert, Esquire
Attorney for Debtor
David S. Gellert, P.C.
3506 Perkiomen Avenue
Reading, PA 19606
(610) 779-8000
Fax: (610) 370-1393
dsgrdg@ptdprolog.com