WITHDRAW OF

Dated: 06/16/2022
Debtor: Raymond R McPeek aka Ray McPeek
Claim# 6
Case# 22-11242
Movant: Santander Bank, N.A.

Please withdraw #6 due to filing error.

*Miguelina Candelario*              8/12/22
Miguelina Candelario                 Date
Bankruptcy Specialist
Santander Bank, N.A.

8-343 Withdraw of Claim Rev. 10/17/13