# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF FLORIDA

**In re:**

**RAYMOND R. MCPEEK, II**
**a/k/a RAYMOND MCPEEK**
**a/k/a RAY MCPEEK**                              Case No.: 22-11242-PMM
**HEATHER LEE WHITLOW,**                          Chapter 13

    **Debtor.**

_____/

## NOTICE OF APPEARANCE

Kindly enter the appearance of Lauren M. Burnette on behalf of Claimant Midland Funding LLC relative to Debtor's Objection to Proof of Claim No. 8.

    Respectfully submitted,

    **MESSER STRICKLER BURNETTE, LTD.**

By:    */s/ Lauren M. Burnette*
    LAUREN M. BURNETTE, ESQUIRE
    PA Bar No. 992412
    12276 San Jose Blvd.
    Suite 718
    Jacksonville, FL 32223
    (904) 527-1172
    (904) 683-7353 (fax)
    lburnette@messerstrickler.com
    *Counsel for Claimant Midland Funding LLC*

Dated: August 30, 2022

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing document was served on all counsel of record by electronic service.

                      **MESSER STRICKLER BURNETTE, LTD.**

By: */s/ Lauren M. Burnette*
LAUREN M. BURNETTE, ESQUIRE
PA Bar No. 992412
12276 San Jose Blvd.
Suite 718
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
lburnette@messerstrickler.com
*Counsel for Claimant Midland Funding LLC*

Dated: August 30, 2022