# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|   RAYMOND R. MCPEEK, II | : | Chapter 13 |
|   aka RAYMOND MCPEEK | : | |
|   aka RAY MCPEEK | : | Bankruptcy No. 22-11242 PMM |
| | : | |
|       Debtor | : | |

## ORDER

Upon consideration of the Objection of the Debtor to Proof of Claim No. 3 of Portfolio Recovery Associates LLC and after notice and opportunity for hearing, it is hereby

**ORDERED** that Proof of Claim No. 3 of Portfolio Recovery Associates LLC is hereby disallowed in its entirety.

**Date: September 1, 2022**

BY THE COURT:

*Patricia M. Mayer*

Patricia M. Mayer
United States Bankruptcy Judge