**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Raymond R. McPeek, II, | : | Chapter 13 |
| | : | |
| Debtor. | : | Bky. No. 22-11242 (PMM) |

## Order Overruling Objection to Proof of Claim 1

**AND NOW,** upon consideration of the Debtor's Objection to Proof of Claim Number 1 (doc. #16, the "Objection"):

AND for the reasons stated on the record at the hearing on the Objection, held and concluded on September 1, 2022, it is hereby **ordered** that:

1) The Objection is **overruled**; and

2) Claim No. 1 is **allowed as an unsecured claim**.

*[Signature: Patricia M. Mayer]*

Date: September 1, 2022

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE