# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :
   RAYMOND R. MCPEEK, II           :     Chapter 13
   aka RAYMOND MCPEEK                :
   aka RAY MCPEEK                    :     Bankruptcy No. 22-11242 PMM
                                                                                                                   :
       Debtor                              :

## ORDER

Upon consideration of the Objection of the Debtor to Proof of Claim No. 4 of Portfolio Recovery Associates LLC and after notice and opportunity for hearing, it is hereby

**ORDERED** that Proof of Claim No. 4 of Portfolio Recovery Associates LLC is hereby disallowed in its entirety.

BY THE COURT:

*Patricia M. Mayer*

**Date: September 1, 2022**

Patricia M. Mayer
United States Bankruptcy Judge