United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-11242-pmm |
| Raymond R. McPeek, II | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 01, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Raymond R. McPeek, II, 221 Bainbridge Circle, Sinking Spring, PA 19608-1773 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2022        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2022 at the address(es) listed below:

**Name**      **Email Address**

DAVID S. GELLERT
    on behalf of Debtor Raymond R. McPeek  II dsgrdg@ptdprolog.net

KELLIE LYNNE RAHL-HEFFNER
    on behalf of Creditor Santander Bank  N.A. krahl-heffner@grossmcginley.com, jkacsur@grossmcginley.com;jpraedin@grossmcginley.com

KERI P EBECK
    on behalf of Creditor LVNV Funding  LLC kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

LAUREN MARSHALL BURNETTE
    on behalf of Creditor Midland Funding LLC lburnette@messerstrickler.com  lminnucci@messerstrickler.com

REBECCA ANN SOLARZ
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 01, 2022 | Form ID: pdf900 | Total Noticed: 1 |

SCOTT F. WATERMAN (Chapter 13)
        ECFMail@ReadingCh13.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Raymond R. McPeek, II, | : | Chapter 13 |
| | : | |
| Debtor. | : | Bky. No. 22-11242 (PMM) |

## Order Overruling Objection to Proof of Claim 2

**AND NOW,** upon consideration of the Debtor's Objection to Proof of Claim Number 2 (doc. #18, the "Objection"):

AND for the reasons stated on the record at the hearing on the Objection, held and concluded on September 1, 2022, it is hereby **ordered** that:

1) The Objection is **overruled**; and

2) Claim No. 2 is **allowed as an unsecured claim**.

**Date: September 1, 2022**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**