United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-11242-pmm |
| Raymond R. McPeek, II | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 06, 2022 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14698681 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 07 2022 04:04:36 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2022          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2022 at the address(es) listed below:

**Name**          **Email Address**

DAVID S. GELLERT
          on behalf of Debtor Raymond R. McPeek  II dsgrdg@ptdprolog.net

KELLIE LYNNE RAHL-HEFFNER
          on behalf of Creditor Santander Bank  N.A. krahl-heffner@grossmcginley.com, jkacsur@grossmcginley.com;jpraedin@grossmcginley.com

KERI P EBECK
          on behalf of Creditor LVNV Funding  LLC kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

LAUREN MARSHALL BURNETTE
          on behalf of Creditor Midland Funding LLC lburnette@messerstrickler.com  lminnucci@messerstrickler.com

REBECCA ANN SOLARZ
          on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
          ECFMail@ReadingCh13.com

District/off: 0313-4 User: admin Page 2 of 2
Date Rcvd: Sep 06, 2022 Form ID: pdf900 Total Noticed: 1

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    RAYMOND R. MCPEEK, II | : | Chapter 13 |
|    aka RAYMOND MCPEEK | : | |
|    aka RAY MCPEEK | : | Bankruptcy No. 22-11242 PMM |
| | : | |
|        Debtor | : | |

## ORDER

Upon consideration of the Objection of the Debtor to Proof of Claim No. 3 of Portfolio Recovery Associates LLC and after notice and opportunity for hearing, it is hereby

**ORDERED** that Proof of Claim No. 3 of Portfolio Recovery Associates LLC is hereby disallowed in its entirety.

BY THE COURT:

*Patricia M. Mayer*

**Date: September 1, 2022**

Patricia M. Mayer
United States Bankruptcy Judge