United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Raymond R. McPeek, II  
    Debtor

Case No. 22-11242-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2  
Date Rcvd: Oct 06, 2022     Form ID: pdf900     Total Noticed: 3

The following symbols are used throughout this certificate:  
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Raymond R. McPeek, II, 221 Bainbridge Circle, Sinking Spring, PA 19608-1773 |
| cr | + Santander Bank, N.A., c/o Kellie Rahl-Heffner, 33 S. 7TH STREET, P.O BOX 4060, Allentown, PA 18105-4060 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: gecsedi@recoverycorp.com | Oct 07 2022 00:07:09 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2022 at the address(es) listed below:

**Name**     **Email Address**

BRIAN CRAIG NICHOLAS  
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

DAVID S. GELLERT  
    on behalf of Debtor Raymond R. McPeek  II dsgrdg@ptdprolog.net

KELLIE LYNNE RAHL-HEFFNER

District/off: 0313-4 — User: admin — Page 2 of 2
Date Rcvd: Oct 06, 2022 — Form ID: pdf900 — Total Noticed: 3

on behalf of Creditor Santander Bank  N.A. krahl-heffner@grossmcginley.com, jkacsur@grossmcginley.com;jpraedin@grossmcginley.com

KERI P EBECK
    on behalf of Creditor LVNV Funding  LLC kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

LAUREN MARSHALL BURNETTE
    on behalf of Creditor Midland Funding LLC lburnette@messerstrickler.com  lminnucci@messerstrickler.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
|    RAYMOND R. MCPEEK, II | : | Chapter 13 |
|    aka RAYMOND MCPEEK | : | |
|    aka RAY MCPEEK | : | Bankruptcy No. 22-11242 PMM |
| | : | |
|         Debtor | : | |

**ORDER**

Upon consideration of the Objection of the Debtor to Proof of Claim No. 8 filed by Midland Funding LLC in the amount of $909.08, and after notice and opportunity for a hearing, it is hereby

    **ORDERED** that the Objection is **OVERRULED.**

BY THE COURT:

*Patricia M. Mayer*
_____
Patricia M. Mayer
United States Bankruptcy Judge

**Date: October 6, 2022**