United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 22-11242-pmm
Raymond R. McPeek, II                                                  Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4            User: admin                             Page 1 of 4
Date Rcvd: Nov 03, 2022         Form ID: 155                            Total Noticed: 54

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Raymond R. McPeek, II, 221 Bainbridge Circle, Sinking Spring, PA 19608-1773 |
| 14690799 | | AT&T Mobility, 2220 Campbell Creek Blvd., Richardson, TX 75082-4420 |
| 14690809 | + | Diane McPeek, 221 Bainbridge Circle, Sinking Spring, PA 19608-1773 |
| 14690810 | + | Digestive Disease Assoc., 1011 Reed Ave., Ste. 300, Wyomissing, PA 19610-2002 |
| 14690812 | + | Discover It Card, P. O. Box 30943, Salt Lake City, UT 84130-0943 |
| 14717613 | + | Midland Funding LLC, c/o Lauren Burnette, 12276 San Jose Blvd., Suite 718, Jacksonville, FL 32223-8674 |
| 14700870 | + | Santander Bank, N.A., c/o Kellie Rahl-Heffner, 33 S. 7TH STREET, P.O BOX 4060, Allentown, PA 18105-4060 |
| 14706651 | + | Servhl Underlying Trust 2019-1, Service Finance Co., LLC, 555 S Federal Hwy #200, Boca Raton FL 33432-6033 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14690798 | | Email/Text: legal@arsnational.com | Nov 04 2022 00:13:00 | ARS National Services, Inc., P.O. Box 469100, Escondido, CA 92046-9100 |
| 14690800 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 04 2022 00:25:38 | AT&T Universal Card, P. O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14690801 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 04 2022 00:13:00 | Bank of America, P. O.Box 982238, El Paso, TX 79998-2238 |
| 14690802 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 04 2022 00:25:48 | Best Buy Credit Services, P. O. Box 790441, Saint Louis, MO 63179-0441 |
| 14690803 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 04 2022 00:13:00 | Boscov's, Comenity Bank, P. O. Box 182120, Columbus, OH 43218-2120 |
| 14690804 | | Email/Text: cms-bk@cms-collect.com | Nov 04 2022 00:13:00 | Capital Management Services, 698-1/2 S. Ogden St., Buffalo, NY 14206-2317 |
| 14690806 | + | Email/Text: bankrupt@choicerecovery.com | Nov 04 2022 00:13:00 | Choice Recovery Inc., 1105 Schrock Rd., Ste. 700, Columbus, OH 43229-1168 |
| 14690807 | + | Email/Text: bankruptcy@credencerm.com | Nov 04 2022 00:14:00 | Credence Resource Management, 4222 Trinity Mills Rd., Ste. 260, Dallas, TX 75287-7666 |
| 14690808 | + | Email/Text: bankruptcy@credencerm.com | Nov 04 2022 00:14:00 | Credence Resource Management LLC, 17000 Dallas Pkwy., Ste. 204, Dallas, TX 75248-1940 |
| 14690811 | | Email/Text: mrdiscen@discover.com | Nov 04 2022 00:13:00 | Discover Financial Services, P. O. Box 15316, Wilmington, DE 19850 |
| 14733123 | + | Email/Text: dsgrdg@ptdprolog.net | Nov 04 2022 00:13:00 | David S. Gellert, Esquire, David S. Gellert, P.C., 3506 Perkiomen Avenue, Reading, PA 19606-2711 |
| 14690813 | | Email/Text: eis.usbnc@eismgmt.com | Nov 04 2022 00:13:00 | Estate Information Services LLC, EIS Collections, P. O. Box 1398, Reynoldsburg, OH 43068-6398 |
| 14690814 | | Email/Text: Bankruptcy@FMAAlliance.com | Nov 04 2022 00:13:00 | FMA Alliance Ltd., 12339 Cutten Rd., Houston, |

Case 22-11242-pmm   Doc 77   Filed 11/05/22   Entered 11/06/22 00:28:15   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 03, 2022 | Form ID: 155 | Total Noticed: 54 |

| Recip ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | TX 77066 |
| 14690815 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 04 2022 00:25:48 | Goodyear Tire/CBNA, P. O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14690816 | + | Email/Text: paparalegals@pandf.us | Nov 04 2022 00:14:00 | Gregg L. Morris, Esq., Patenaude & Felix, APC, 501 Corporate Dr., Ste. 205, Canonsburg, PA 15317-8584 |
| 14690817 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 04 2022 00:25:36 | JPMCB Card, P. O. Box 15369, Wilmington, DE 19850 |
| 14690805 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 04 2022 00:25:36 | Chase, P. O. Box 15298, Wilmington, DE 19850-5298 |
| 14690818 | | Email/Text: PBNCNotifications@peritusservices.com | Nov 04 2022 00:13:00 | Kohl's, P. O. Box 3084, Milwaukee, WI 53201-3084 |
| 14690819 | | Email/Text: PBNCNotifications@peritusservices.com | Nov 04 2022 00:13:00 | Kohls/Capital One, P. O. Box 3115, Milwaukee, WI 53201-3115 |
| 14691685 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 04 2022 00:25:28 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14690822 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 04 2022 00:25:37 | LVNV Funding LLC, P. O. Box 10584, Greenville, SC 29603-0584 |
| 14690820 | | Email/PDF: gecsedi@recoverycorp.com | Nov 04 2022 00:25:46 | Lowe's, Synchrony Bank, P. O. Box 965060, Orlando, FL 32896-5060 |
| 14690821 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 04 2022 00:25:28 | Lowe's, Synchrony Bank, P. O. Box 965005, Orlando, FL 32896-5005 |
| 14726970 | ^ | MEBN | Nov 04 2022 00:11:32 | MIDLAND CREDIT MANAGEMENT INC., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14704892 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 04 2022 00:14:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14690823 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 04 2022 00:14:00 | Midland Funding, 320 E. Big Beaver Rd., Suite 300, Troy, MI 48083-1271 |
| 14690824 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 04 2022 00:13:00 | Mr. Cooper, P. O. Box 619094, Dallas, TX 75261-9094 |
| 14706710 | | Email/Text: nsm_bk_notices@mrcooper.com | Nov 04 2022 00:13:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14690825 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 04 2022 00:13:00 | Nationstar Mortgage LLC, dba Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 14692715 | ^ | MEBN | Nov 04 2022 00:11:32 | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14690826 | + | Email/Text: ngisupport@radiusgs.com | Nov 04 2022 00:13:00 | Northland Group Inc., P. O. Box 390846, Mail Code KHL1, Minneapolis, MN 55439-0846 |
| 14690827 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 04 2022 00:25:37 | Portfolio Recovery Associates, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502 |
| 14698681 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 04 2022 00:25:47 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14690828 | + | Email/Text: ngisupport@radiusgs.com | Nov 04 2022 00:13:00 | Radius Global Solutions LLC, P. O. Box 390905, Mail Code CBNK, Minneapolis, MN 55439-0905 |
| 14690829 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 04 2022 00:25:37 | Resurgent/LVNV Funding, P. O. Box 1269, Greenville, SC 29602-1269 |
| 14690830 | | Email/Text: DeftBkr@santander.us | Nov 04 2022 00:13:00 | Santander Bank, Mail Code: 10-421-CN2, P. O. Box 12646, Reading, PA 19612-2646 |
| 14690831 | + | Email/Text: DeftBkr@santander.us | Nov 04 2022 00:13:00 | Santander Bank NA, 450 Penn St., MC: |

| Recip ID | | Notice Type | Date Sent | Name and Address |
|---|---|---|---|---|
| | | | | PA-450-FB1, Reading PA 19602-1011 |
| 14690832 | + | Email/Text: DeftBkr@santander.us | Nov 04 2022 00:13:00 | Santander Bank, N.A., 450 Penn St., MC: PA-450-FB1, Reading, PA 19602-1011 |
| 14690833 | + | Email/Text: servicing@svcfin.com | Nov 04 2022 00:13:00 | Service Finance Company LLC, 555 S. Federal Hwy., Ste. 200, Boca Raton, FL 33432-6033 |
| 14690925 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 04 2022 00:25:37 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14690835 | + | Email/Text: bncmail@w-legal.com | Nov 04 2022 00:13:00 | TD Bank USA/Target Credit, P. O. Box 673, Minneapolis, MN 55440-0673 |
| 14690836 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Nov 04 2022 00:13:00 | Toyota Financial Services, P. O. Box 8026, Cedar Rapids, IA 52409-8026 |
| 14690834 | + | Email/Text: bncmail@w-legal.com | Nov 04 2022 00:13:00 | Target Card Services, P. O. Box 9500, Minneapolis, MN 55440-9500 |
| 14690837 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Nov 04 2022 00:13:00 | Toyota Motor Credit Corp., P. O. Box 9013, Addison, TX 75001-9013 |
| 14705332 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Nov 04 2022 00:13:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14690838 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 04 2022 00:25:38 | Universal Card/Citibank, P. O. Box 6241, Sioux Falls, SD 57117-6241 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14700187 | *+ | Santander Bank, N.A., 450 Penn Street, MC-PA-450-FB1, Reading PA 19602-1011 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 05, 2022          Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Midland Credit Management Inc. bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |

| District/off: 0313-4 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Nov 03, 2022 | Form ID: 155 | Total Noticed: 54 |

DAVID S. GELLERT
    on behalf of Debtor Raymond R. McPeek II dsgrdg@ptdprolog.net

KELLIE LYNNE RAHL-HEFFNER
    on behalf of Creditor Santander Bank N.A. krahl-heffner@grossmcginley.com, jkacsur@grossmcginley.com;jpraedin@grossmcginley.com

KERI P EBECK
    on behalf of Creditor LVNV Funding LLC kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

LAUREN MARSHALL BURNETTE
    on behalf of Creditor Midland Funding LLC lburnette@messerstrickler.com lminnucci@messerstrickler.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Raymond R. McPeek, II
    Debtor(s)

Chapter: 13

Bankruptcy No: 22−11242−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 3rd day of November 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Patricia M. Mayer
    Judge ,
    United States Bankruptcy Court

76
Form 155