UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

IN RE:                                                                    CASE NO.: 22-11242
                                                                              CHAPTER 13

Raymond R. McPeek, II,
    Debtor.

_____/

### REQUEST FOR SERVICE

PLEASE TAKE NOTICE THAT the undersigned hereby appears on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA 30004**

Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
Authorized Agent for Secured Creditor
13010 Morris Rd., Suite 450
Alpharetta, GA  30004
Telephone: 470-321-7112

By: /s/Michelle L. McGowan, Esq.
     Michelle L. McGowan, Esq.
     Email: mimcgowan@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 14, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

RAYMOND R. MCPEEK, II
221 BAINBRIDGE CIRCLE
SINKING SPRING, PA 19608

And via electronic mail to:

DAVID S. GELLERT PC
3506 PERKIOMEN AVENUE
READING, PA 19606

SCOTT F. WATERMAN [CHAPTER 13]
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
SUITE 100
READING, PA 19606

UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET
SUITE 320
PHILADELPHIA, PA 19107

By: /s/ Emily Cheng