Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 22-11242-PMM**

Raymond R. McPeek, II  
221 Bainbridge Circle  
Sinking Spring  PA    19608

Petition Filed Date: 05/13/2022  
341 Hearing Date: 06/28/2022  
Confirmation Date: 11/03/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/09/2022 | $200.00 | | 09/12/2022 | $200.00 | | 10/11/2022 | $200.00 | |
| 11/09/2022 | $200.00 | | 12/12/2022 | $200.00 | | 01/11/2023 | $200.00 | |
| 02/09/2023 | $200.00 | | 03/09/2023 | $200.00 | | 04/10/2023 | $200.00 | |
| 05/09/2023 | $200.00 | | 06/09/2023 | $200.00 | | 07/11/2023 | $200.00 | |

**Total Receipts for the Period: $2,400.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | DAVID S GELLERT ESQ | Attorney Fees | $4,601.02 | $2,568.00 | $2,033.02 |
| 1 | LVNV FUNDING LLC »» 001 | Unsecured Creditors | $1,989.64 | $0.00 | $1,989.64 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $1,019.67 | $0.00 | $1,019.67 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES »» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES »» 004 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES »» 005 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | SANTANDER BANK NA »» 006 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | SANTANDER BANK NA »» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | MIDLAND CREDIT MANAGEMENT INC »» 008 | Unsecured Creditors | $909.08 | $0.00 | $909.08 |
| 9 | TOYOTA MOTOR CREDIT CORP »» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | SERVICE FINANCE CO., LLC »» 010 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | NATIONSTAR MORTGAGE LLC »» 011 | Mortgage Arrears | $99.63 | $0.00 | $99.63 |

**Chapter 13 Case No. 22-11242-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,000.00 | Current Monthly Payment: | $200.00 |
| Paid to Claims: | $2,568.00 | Arrearages: | ($200.00) |
| Paid to Trustee: | $250.00 | Total Plan Base: | $10,200.00 |
| Funds on Hand: | $182.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.