# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF
# PENNSYLVANIA (READING)

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Raymond R. McPeek, II aka Raymond McPeek aka Ray McPeek | CASE NO.: 22-11242-pmm |
| Debtor(s). | |

### NOTICE OF ENTRY OF APPEARANCE
### AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that NewRez LLC d/b/a Shellpoint Mortgage Servicing ("NewRez"), secured creditor to the above entitled Debtors by and through its undersigned counsel, hereby enters its appearance pursuant to Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3007 and 9007 and Section 342 of the Bankruptcy Code, that copies of all notices and pleadings given of filed in the above-captioned case be given and served upon the undersigned at the following addresses and telephone/facsimile numbers:

>Angela C. Pattison, Esq.
>Hill Wallack LLP
>1415 Route 70 East, Suite 309
>Cherry Hill, NJ 08034
>Telephone: 856-616-8086
>Facsimile: 856-616-8081
>Email: apattison@hillwallack.com

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive

NewRez LLC d/b/a Shellpoint Mortgage Servicing (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which NewRez LLC d/b/a Shellpoint Mortgage Servicing is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: May 7, 2024

Hill Wallack LLP

By: */s/ Angela C. Pattison*
Angela C. Pattison, Esq.
Hill Wallack LLP
1415 Route 70 East, Suite 309
Cherry Hill, NJ 08034
Telephone: 856-616-8086
Facsimile: 856-616-8081
Email: apattison@hillwallack.com

Counsel to NewRez LLC d/b/a Shellpoint Mortgage Servicing

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(READING)**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Raymond R. McPeek, II aka Raymond McPeek aka Ray McPeek | CASE NO.: 22-11242-pmm |
| Debtor(s) | |

**CERTIFICATE OF SERVICE**

I hereby certify that service was made upon all interested parties, indicated below of (i) Notice of Appearance for NewRez LLC d/b/a Shellpoint Mortgage Servicing in the manner indicated below on May 7, 2024:

| | |
|---|---|
| Raymond R. McPeek, II<br>221 Bainbridge Circle<br>Sinking Spring, PA 19608<br>**Debtor**<br>**Via Regular Mail** | Office of the U.S. Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Philadelphia, PA 19107<br>**United States Trustee**<br>**Via ECF** |
| David S. Gellert<br>David S. Gellert PC<br>3506 Perkiomen Avenue<br>Reading, PA 19606<br>**Counsel for Debtor**<br>**Via ECF** | Scott F. Waterman<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606<br>**Chapter 13 Trustee**<br>**Via ECF** |

By: */s/ Angela C. Pattison*
Angela C. Pattison, Esq.,
Attorney ID 307611
Hill Wallack, LLP
1415 Route 70 East, Suite 309
Cherry Hill, NJ 08034
Telephone 856-616-8086
Facsimile 856-616-8081
Email: apattison@hillwallack.com