RESTRICTED-CONFIDENTIAL

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

Raymond R McPeek aka Ray McPeek

        Debtor

Case No.: <u>22-11242</u>
Adversary No.: _____
Chapter: <u>13</u>
Judge: <u>Patricia M Mayer</u>

## CHANGE OF ADDRESS

**Creditor Name:**  Santander Bank, N.A.

Old Mailing Address:

450 Penn Street
MC: PA-450-FB1
Reading, PA 19602

New Mailing Address:

1130 Berkshire Boulevard
MC: PA-WYO-BKR2
Wyomissing, PA 19610

Date: 02/04/2025

RESTRICTED-CONFIDENTIAL

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Raymond R McPeek aka Ray McPeek | Chapter #13<br>Case No. 22-11242<br>Honorable Patricia M Mayer |
| Debtor<br>_____/ | |

## CERTIFICATE OF SERVICE

    I, Melissa A. Epler, of Santander Bank, N.A., do hereby certify that on February 4, 2025, I caused to be served a copy of the Notice of Change of Address on the service list below by having a copy of the same mailed by first class mail, postage prepaid or other method specified on service list.

    Signed under the penalties of perjury, this 4th day of February 2025.

_____
Melissa A. Epler
Santander Bank, N.A.
Bankruptcy Administrator
1130 Berkshire Boulevard
Wyomissing, PA 19610
(484) 512-3552
Email: DeftBkr@santander.us

VIA US MAIL
Raymond McPeek
221 Bainbridge Cir
Sinking Spring, PA 19608

VIA ECF
Scott F Waterman
2901 Saint Lawrence Ave Ste 100
Reading, PA 19606

David S Gellert
dsgrdg@ptdprolog.net