| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 22-11242-PMM

Raymond R. McPeek, II
221 Bainbridge Circle
Sinking Spring  PA     19608

Petition Filed Date: 05/13/2022
341 Hearing Date: 06/28/2022
Confirmation Date: 11/03/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/09/2024 | $200.00 | | 09/10/2024 | $200.00 | | 10/09/2024 | $200.00 | |
| 11/12/2024 | $200.00 | | 12/09/2024 | $200.00 | | 01/10/2025 | $200.00 | |
| 02/10/2025 | $200.00 | | 03/10/2025 | $200.00 | | 04/09/2025 | $200.00 | |
| 05/09/2025 | $200.00 | | 06/09/2025 | $200.00 | | 07/10/2025 | $200.00 | |

**Total Receipts for the Period: $2,400.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $7,800.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID S GELLERT ESQ | Attorney Fees | $4,601.02 | $4,601.02 | $0.00 |
| 1 | LVNV FUNDING LLC »» 001 | Unsecured Creditors | $1,989.64 | $1,233.06 | $756.58 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $1,019.67 | $631.90 | $387.77 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES »» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES »» 004 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES »» 005 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | SANTANDER BANK NA »» 006 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | SANTANDER BANK NA »» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | MIDLAND CREDIT MANAGEMENT INC »» 008 | Unsecured Creditors | $909.08 | $563.39 | $345.69 |
| 9 | TOYOTA MOTOR CREDIT CORP »» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | SERVICE FINANCE COMPANY  LLC »» 010 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | NEWREZ LLC  D/B/A »» 011 | Mortgage Arrears | $99.63 | $99.63 | $0.00 |

**Chapter 13 Case No. 22-11242-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,800.00 | Current Monthly Payment: | $200.00 |
| Paid to Claims: | $7,129.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $671.00 | Total Plan Base: | $10,200.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.