UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

Rayomond R McPeek  
Aka Ray McPeek  
       Debtor

Case No.:  22-11242  
Adversary No.: ___-____  
Chapter:  13  
Judge:  Patricia M Mayer

## CHANGE OF ADDRESS

**Creditor Name:**  Santander Bank, N.A.

**Old Payment Address**:

PO Box 847051  
Boston, MA 02284-7051

**New Payment Address:**

Internal Specialized Operations  
PO Box 847105  
Boston, MA 02284-7105

**Old Mailing Address:**

1130 Berkshire Boulevard  
MC: PA-WYO-BKR2  
Wyomissing, PA 19610

**New Mailing Address**:

10 Commons Boulevard  
MC: PA-WYO-CP3  
Reading, PA 19605

Date: 12/03/2025

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Chapter #13 |
| Raymond R McPeek | Case No. 22-11242 |
| aka Ray McPeek | Honorable Patricia M Mayer |
| Debtor | |

_____/

## CERTIFICATE OF SERVICE

    I, Melissa A. Epler of Santander Bank, N.A., do hereby certify that on December 3, 2025, I caused to be served a copy of the Notice of Change of Address on the service list below by having a copy of the same mailed by first class mail, postage pre-paid or other method specified on service list.

    Signed under the penalties of perjury, this 3rd day of December 2025.

_____
Melissa A. Epler
Santander Bank, N.A.
Bankruptcy Administrator
10 Commons Boulevard
MC: PA-WYO-CP3
Reading, PA 1960
(484) 512-3552
Email: DeftBkr@santander.us

VIA US MAIL
RAYMOND R MCPEEK
221 BAINBRIDGE CIR
SINKING SPRING, PA 19608-1773

VIA ECF
SCOTT F WATERMAN
2901 SAINT LAWRENCE AVE STE 100
READING, PA 19606-2265

DAVID S GELLERT
DSGRDG@PTDPROLOG.NET