**Fill in this information to identify the case:**

Debtor 1          **Raymond R. McPeek, II**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the:   **Eastern District of Pennsylvania**
                                                                          (State)

Case Number    **22-11242-PMM**

Official Form 410C13-N

# Trustee's Notice of Disbursements Made                    **12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

| **Part 1:** | **Mortgage Information** |
|---|---|

**Name of claim holder:**   NEWREZ LLC  D/B/A

**Court claim no.** (if known):
11-1

**Last 4 digits** of any number you use to identify the debtor's account:   2  2  0  2

**Property Address:**     221 BAINBRIDGE CIR
                                        Number        Street


                                        READING                                    PA      19608
                                        City                                              State    ZIP Code

| **Part 2:** | **Statement of Completion** |
|---|---|

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| **Part 3:** | **Arrearages** |
|---|---|

| | **Amount** |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $ 99.63 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $ 99.63 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $ 99.63 |

| Part 4: | Postpetition Payment |
|---|---|

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.  Total amount of postpetition payments disbursed by the trustee as of date of notice:          $ _____ -0-

b.  The last ongoing mortgage payment disbursed by the trustee was the payment due on
_____. All subsequent ongoing mortgage payments must be made directly by the debtor to
the mortgage claimant.

| Part 5: | Postpetition Fees, Expenses, and Charges |
|---|---|

Amount of postpetition fees, expenses, and charges disbursed by the trustee:          $ _____ -0-

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g)(3) |
|---|---|

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Scott F. Waterman _____     Date _____ 06/25/2026 _____
Signature

Trustee      Scott F. Waterman _____
First Name          Middle Name          Last Name

Address      2901 St. Lawrence Avenue, Suite 100 _____
Number          Street

Reading                          PA      19606
City                          State      ZIP Code

Contact phone  (610) 779-1313 _____     Email info@ReadingCh13.com _____

Official Form 410C13-N                **Trustee's Notice of Disbursements Made**                Page 2

| Debtor 1 | **Raymond R. McPeek, II** | Case Number **22-11242-PMM** | Page 1 |
|---|---|---|---|
| | Name | | |

# History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 11-1 | NEWREZ LLC  D/B/A | Pre-Petition Arrears | 07/19/2024 | 8004625 | Disbursement To Creditor/Principal | 99.63 |
| | | | | | Total for Claim Number 11-1: | 99.63 |
| | | | | | **Total for Part 3 - b (Prepetition Arrears):** | **99.63** |