United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 22-11242-pmm

Raymond R. McPeek, II                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jun 24, 2026 | Form ID: 138OBJ | Total Noticed: 58 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Raymond R. McPeek, II, 221 Bainbridge Circle, Sinking Spring, PA 19608-1773 |
| 14690809 | + | Diane McPeek, 221 Bainbridge Circle, Sinking Spring, PA 19608-1773 |
| 14690810 | + | Digestive Disease Assoc., 1011 Reed Ave., Ste. 300, Wyomissing, PA 19610-2002 |
| 14690816 | + | Gregg L. Morris, Esq., Patenaude & Felix, APC, 501 Corporate Dr., Ste. 205, Canonsburg, PA 15317-8584 |
| 14717613 | + | Midland Funding LLC, c/o Lauren Burnette, 12276 San Jose Blvd., Suite 718, Jacksonville, FL 32223-8674 |
| 14882189 | + | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, c/o Angela C. Pattison, Esq., 1415 Route 70 East, Suite 309, Cherry Hill, NJ 08034-2210 |
| 14690831 | ++++ | SANTANDER BANK NA, MC: PA-WYO-CP3, 1001 COMMONS BLVD, READING PA 19605-5500 address filed with court:, Santander Bank Na, 10 Commons Boulevard, MC: PA-WYO-CP3, Reading, PA 19605 |
| 14706651 | + | Servhl Underlying Trust 2019-1, Service Finance Co., LLC, 555 S Federal Hwy #200, Boca Raton FL 33432-6033 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jun 25 2026 00:51:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 25 2026 00:51:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14690798 | | Email/Text: legal@arsnational.com | Jun 25 2026 00:51:00 | ARS National Services, Inc., P.O. Box 469100, Escondido, CA 92046-9100 |
| 14690799 | | Email/Text: g17768@att.com | Jun 25 2026 00:51:00 | AT&T Mobility, 2220 Campbell Creek Blvd., Richardson, TX 75082-4420 |
| 14690800 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 25 2026 01:04:04 | AT&T Universal Card, P. O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14690801 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jun 25 2026 00:51:00 | Bank of America, P. O.Box 982238, El Paso, TX 79998-2238 |
| 14690802 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 25 2026 01:04:04 | Best Buy Credit Services, P. O. Box 790441, Saint Louis, MO 63179-0441 |
| 14690803 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 25 2026 00:51:00 | Boscov's, Comenity Bank, P. O. Box 182120, Columbus, OH 43218-2120 |
| 14690804 | | Email/Text: cms-bk@cms-collect.com | Jun 25 2026 00:51:00 | Capital Management Services, 698-1/2 S. Ogden St., Buffalo, NY 14206-2317 |
| 14690805 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 25 2026 01:04:02 | Chase, P. O. Box 15298, Wilmington, DE 19850-5298 |
| 14690806 | + | Email/Text: bankruptcy.accounts@wakeassoc.com | Jun 25 2026 00:51:00 | Choice Recovery Inc., 1105 Schrock Rd., Ste. 700, Columbus, OH 43229-1168 |

District/off: 0313-4                                    User: admin                                    Page 2 of 4

Date Rcvd: Jun 24, 2026                                Form ID: 138OBJ                                Total Noticed: 58

| 14690807 | + Email/Text: bankruptcy@credencerm.com | Jun 25 2026 00:51:00 | Credence Resource Management, 4222 Trinity Mills Rd., Ste. 260, Dallas, TX 75287-7666 |
| 14690808 | + Email/Text: bankruptcy@credencerm.com | Jun 25 2026 00:51:00 | Credence Resource Management LLC, 17000 Dallas Pkwy., Ste. 204, Dallas, TX 75248-1940 |
| 14690811 | Email/Text: mrdiscen@discover.com | Jun 25 2026 00:51:00 | Discover Financial Services, P. O. Box 15316, Wilmington, DE 19850 |
| 14733123 | + Email/Text: dsgrdg@ptdprolog.net | Jun 25 2026 00:51:00 | David S. Gellert, Esquire, David S. Gellert, P.C., 3506 Perkiomen Avenue, Reading, PA 19606-2711 |
| 14690812 | + Email/Text: mrdiscen@discover.com | Jun 25 2026 00:51:00 | Discover It Card, P. O. Box 30943, Salt Lake City, UT 84130-0943 |
| 14690813 | Email/Text: eis.usbnc@eismgmt.com | Jun 25 2026 00:51:00 | Estate Information Services LLC, EIS Collections, P. O. Box 1398, Reynoldsburg, OH 43068-6398 |
| 14690814 | Email/Text: Bankruptcy@FMAAlliance.com | Jun 25 2026 00:51:00 | FMA Alliance Ltd., 12339 Cutten Rd., Houston, TX 77066 |
| 14690815 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 25 2026 01:04:04 | Goodyear Tire/CBNA, P. O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14690817 | + Email/PDF: ais.chase.ebn@aisinfo.com | Jun 25 2026 01:04:02 | JPMCB Card, P. O. Box 15369, Wilmington, DE 19850-5369 |
| 14690818 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 25 2026 01:03:55 | Kohl's, P. O. Box 3084, Milwaukee, WI 53201-3084 |
| 14690819 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 25 2026 01:03:49 | Kohls/Capital One, P. O. Box 3115, Milwaukee, WI 53201-3115 |
| 14691685 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 25 2026 01:03:56 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14690822 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 25 2026 01:03:50 | LVNV Funding LLC, P. O. Box 10584, Greenville, SC 29603-0584 |
| 14690820 | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 25 2026 01:04:02 | Lowe's, Synchrony Bank, P. O. Box 965060, Orlando, FL 32896-5060 |
| 14690821 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 25 2026 01:04:02 | Lowe's, Synchrony Bank, P. O. Box 965005, Orlando, FL 32896-5005 |
| 14726970 | ^ MEBN | Jun 25 2026 00:45:05 | MIDLAND CREDIT MANAGEMENT INC., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14704892 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 25 2026 00:51:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14690823 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 25 2026 00:51:00 | Midland Funding, 320 E. Big Beaver Rd., Suite 300, Troy, MI 48083-1271 |
| 14690824 | + Email/Text: nsm_bk_notices@mrcooper.com | Jun 25 2026 00:51:00 | Mr. Cooper, P. O. Box 619094, Dallas, TX 75261-9094 |
| 14706710 | Email/Text: nsm_bk_notices@mrcooper.com | Jun 25 2026 00:51:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14690825 | + Email/Text: nsm_bk_notices@mrcooper.com | Jun 25 2026 00:51:00 | Nationstar Mortgage LLC, dba Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 14692715 | ^ MEBN | Jun 25 2026 00:45:05 | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14807121 | + Email/Text: mtgbk@shellpointmtg.com | Jun 25 2026 00:51:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14806883 | + Email/Text: RASEBN@raslg.com | Jun 25 2026 00:51:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o Michelle L. McGowan, Esq, 13010 |

District/off: 0313-4 | User: admin | Page 3 of 4
Date Rcvd: Jun 24, 2026 | Form ID: 138OBJ | Total Noticed: 58

| | | | |
|---|---|---|---|
| | | | Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 14690826 | + Email/Text: ngisupport@radiusgs.com | Jun 25 2026 00:51:00 | Northland Group Inc., P. O. Box 390846, Mail Code KHL1, Minneapolis, MN 55439-0846 |
| 14690827 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 25 2026 01:04:03 | Portfolio Recovery Associates, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502 |
| 14698681 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 25 2026 01:04:03 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14690828 | + Email/Text: ngisupport@radiusgs.com | Jun 25 2026 00:51:00 | Radius Global Solutions LLC, P. O. Box 390905, Mail Code CBNK, Minneapolis, MN 55439-0905 |
| 14690829 | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 25 2026 01:03:50 | Resurgent/LVNV Funding, P. O. Box 1269, Greenville, SC 29602-1269 |
| 14690831 | ^ MEBN | Jun 25 2026 00:45:12 | Santander Bank NA, 10 Commons Boulevard, MC: PA-WYO-CP3, Reading, PA 19605 |
| 14690830 | Email/Text: DeftBkr@santander.us | Jun 25 2026 00:51:00 | Santander Bank, Mail Code: 10-421-CN2, P. O. Box 12646, Reading, PA 19612-2646 |
| 14700870 | ^ MEBN | Jun 25 2026 00:45:11 | Santander Bank, N.A., c/o Kellie Rahl-Heffner, 33 S. 7TH STREET, P.O BOX 4060, Allentown, PA 18105-4060 |
| 14690833 | + Email/Text: servicing@svcfin.com | Jun 25 2026 00:51:00 | Service Finance Company LLC, 555 S. Federal Hwy., Ste. 200, Boca Raton, FL 33432-6033 |
| 14690925 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 25 2026 01:04:03 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14690835 | + Email/Text: bncmail@w-legal.com | Jun 25 2026 00:51:00 | TD Bank USA/Target Credit, P. O. Box 673, Minneapolis, MN 55440-0673 |
| 14690834 | + Email/Text: bncmail@w-legal.com | Jun 25 2026 00:51:00 | Target Card Services, P. O. Box 9500, Minneapolis, MN 55440-9500 |
| 14690836 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 25 2026 00:51:00 | Toyota Financial Services, P. O. Box 8026, Cedar Rapids, IA 52408-8026 |
| 14690837 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jun 25 2026 00:51:00 | Toyota Motor Credit Corp., P. O. Box 9013, Addison, TX 75001-9013 |
| 14705332 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jun 25 2026 00:51:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14690838 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 25 2026 01:03:57 | Universal Card/Citibank, P. O. Box 6241, Sioux Falls, SD 57117-6241 |

TOTAL: 51

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14690832 | *++++ | SANTANDER BANK NA, MC: PA-WYO-CP3, 1001 COMMONS BLVD, READING PA 19605-5500, address filed with court:, Santander Bank NA, 10 Commons Boulevard, MC: PA-WYO-CP3, Reading, PA 19605 |
| 14700187 | *++++ | SANTANDER BANK NA, MC: PA-WYO-CP3, 1001 COMMONS BLVD, READING PA 19605-5500, address filed with court:, Santander Bank NA, 10 Commons Boulevard, MC: PA-WYO-CP3, Reading, PA 19605 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0313-4        User: admin        Page 4 of 4

Date Rcvd: Jun 24, 2026        Form ID: 138OBJ        Total Noticed: 58

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2026        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| DAVID S. GELLERT | on behalf of Debtor Raymond R. McPeek II dsgrdg@ptdprolog.net |
| KAITLIN D. SHIRE | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing c/o Hill Wallack LLP kshire@hillwallack.com lharkins@ecf.courtdrive.com |
| KAITLIN D. SHIRE | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing kshire@hillwallack.com lharkins@ecf.courtdrive.com |
| KELLIE LYNNE RAHL-HEFFNER | on behalf of Creditor Santander Bank N.A. krahl-heffner@grossmcginley.com, jkacsur@grossmcginley.com;jpraedin@grossmcginley.com |
| KERI P EBECK | on behalf of Creditor LVNV Funding LLC kebeck@metzlewis.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| LAUREN MARSHALL BURNETTE | on behalf of Creditor Midland Funding LLC lburnette@messerstrickler.com lminnucci@messerstrickler.com |
| MATTHEW K. FISSEL | on behalf of Creditor Midland Credit Management Inc. bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| MATTHEW K. FISSEL | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mimcgowan@raslg.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 11

*Form 138OBJ* (6/24)–doc 102 – 97

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Raymond R. McPeek II )      Case No. 22–11242–pmm
   aka Raymond McPeek )
   aka Ray McPeek )
    )      Chapter: 13
   Debtor(s). )
    )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: June 24, 2026                   For The Court

                                        Mohung Wong
                                        Clerk of Court