United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                 Case No. 22-11242-pmm

Raymond R. McPeek, II                                                  Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jul 15, 2026 | Form ID: 3180W | Total Noticed: 60 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

++++    Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Raymond R. McPeek, II, 221 Bainbridge Circle, Sinking Spring, PA 19608-1773 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing c/o, Hill Wallack LLP, 1415 Route 70 East Suite 309, Cherry Hill, NJ 08034-2210 |
| 14690809 | + | Diane McPeek, 221 Bainbridge Circle, Sinking Spring, PA 19608-1773 |
| 14690810 | + | Digestive Disease Assoc., 1011 Reed Ave., Ste. 300, Wyomissing, PA 19610-2002 |
| 14690816 | + | Gregg L. Morris, Esq., Patenaude & Felix, APC, 501 Corporate Dr., Ste. 205, Canonsburg, PA 15317-8584 |
| 14717613 | + | Midland Funding LLC, c/o Lauren Burnette, 12276 San Jose Blvd., Suite 718, Jacksonville, FL 32223-8674 |
| 14882189 | + | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, c/o Angela C. Pattison, Esq., 1415 Route 70 East, Suite 309, Cherry Hill, NJ 08034-2210 |
| 14706651 | + | Servhl Underlying Trust 2019-1, Service Finance Co., LLC, 555 S Federal Hwy #200, Boca Raton FL 33432-6033 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jul 16 2026 02:00:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 16 2026 02:01:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: RASEBN@raslg.com | Jul 16 2026 02:00:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 14690798 | | Email/Text: legal@arsnational.com | Jul 16 2026 02:00:00 | ARS National Services, Inc., P.O. Box 469100, Escondido, CA 92046-9100 |
| 14690799 | | EDI: ATTWIREBK.COM | Jul 16 2026 05:51:00 | AT&T Mobility, 2220 Campbell Creek Blvd., Richardson, TX 75082-4420 |
| 14690800 | | EDI: CITICORP | Jul 16 2026 05:51:00 | AT&T Universal Card, P. O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14690801 | + | EDI: BANKAMER | Jul 16 2026 05:51:00 | Bank of America, P. O.Box 982238, El Paso, TX 79998-2238 |
| 14690802 | + | EDI: CITICORP | Jul 16 2026 05:51:00 | Best Buy Credit Services, P. O. Box 790441, Saint Louis, MO 63179-0441 |
| 14690803 | | EDI: WFNNB.COM | Jul 16 2026 05:51:00 | Boscov's, Comenity Bank, P. O. Box 182120, Columbus, OH 43218-2120 |
| 14690804 | | Email/Text: cms-bk@cms-collect.com | Jul 16 2026 02:00:00 | Capital Management Services, 698-1/2 S. Ogden St., Buffalo, NY 14206-2317 |
| 14690805 | | EDI: JPMORGANCHASE | Jul 16 2026 05:51:00 | Chase, P. O. Box 15298, Wilmington, DE |

District/off: 0313-4                          User: admin                                    Page 2 of 4

Date Rcvd: Jul 15, 2026                       Form ID: 3180W                                 Total Noticed: 60

| | | | |
|---|---|---|---|
| | | | 19850-5298 |
| 14690806 | + | Email/Text: bankruptcy.accounts@wakeassoc.com | |
| | | Jul 16 2026 01:59:00 | Choice Recovery Inc., 1105 Schrock Rd., Ste. 700, Columbus, OH 43229-1168 |
| 14690807 | + | Email/Text: bankruptcy@credencerm.com | |
| | | Jul 16 2026 02:01:00 | Credence Resource Management, 4222 Trinity Mills Rd., Ste. 260, Dallas, TX 75287-7666 |
| 14690808 | + | Email/Text: bankruptcy@credencerm.com | |
| | | Jul 16 2026 02:01:00 | Credence Resource Management LLC, 17000 Dallas Pkwy., Ste. 204, Dallas, TX 75248-1940 |
| 14690811 | | EDI: DISCOVER | |
| | | Jul 16 2026 05:51:00 | Discover Financial Services, P. O. Box 15316, Wilmington, DE 19850 |
| 14733123 | + | Email/Text: dsgrdg@ptdprolog.net | |
| | | Jul 16 2026 02:00:00 | David S. Gellert, Esquire, David S. Gellert, P.C., 3506 Perkiomen Avenue, Reading, PA 19606-2711 |
| 14690812 | + | EDI: DISCOVER | |
| | | Jul 16 2026 05:51:00 | Discover It Card, P. O. Box 30943, Salt Lake City, UT 84130-0943 |
| 14690813 | | Email/Text: eis.usbnc@eismgmt.com | |
| | | Jul 16 2026 02:00:00 | Estate Information Services LLC, EIS Collections, P. O. Box 1398, Reynoldsburg, OH 43068-6398 |
| 14690814 | | Email/Text: Bankruptcy@FMAAlliance.com | |
| | | Jul 16 2026 02:00:00 | FMA Alliance Ltd., 12339 Cutten Rd., Houston, TX 77066 |
| 14690815 | + | EDI: CITICORP | |
| | | Jul 16 2026 05:51:00 | Goodyear Tire/CBNA, P. O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14690817 | + | EDI: JPMORGANCHASE | |
| | | Jul 16 2026 05:51:00 | JPMCB Card, P. O. Box 15369, Wilmington, DE 19850-5369 |
| 14690818 | | EDI: CAPITALONE.COM | |
| | | Jul 16 2026 05:51:00 | Kohl's, P. O. Box 3084, Milwaukee, WI 53201-3084 |
| 14690819 | | EDI: CAPITALONE.COM | |
| | | Jul 16 2026 05:51:00 | Kohls/Capital One, P. O. Box 3115, Milwaukee, WI 53201-3115 |
| 14691685 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Jul 16 2026 02:07:26 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14690822 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Jul 16 2026 02:07:03 | LVNV Funding LLC, P. O. Box 10584, Greenville, SC 29603-0584 |
| 14690820 | | EDI: SYNC | |
| | | Jul 16 2026 05:51:00 | Lowe's, Synchrony Bank, P. O. Box 965060, Orlando, FL 32896-5060 |
| 14690821 | + | EDI: SYNC | |
| | | Jul 16 2026 05:51:00 | Lowe's, Synchrony Bank, P. O. Box 965005, Orlando, FL 32896-5005 |
| 14726970 | ^ | MEBN | |
| | | Jul 16 2026 01:57:55 | MIDLAND CREDIT MANAGEMENT INC., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14704892 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Jul 16 2026 02:00:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14690823 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Jul 16 2026 02:00:00 | Midland Funding, 320 E. Big Beaver Rd., Suite 300, Troy, MI 48083-1271 |
| 14690824 | + | Email/Text: nsm_bk_notices@mrcooper.com | |
| | | Jul 16 2026 02:00:00 | Mr. Cooper, P. O. Box 619094, Dallas, TX 75261-9094 |
| 14706710 | | Email/Text: nsm_bk_notices@mrcooper.com | |
| | | Jul 16 2026 02:00:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14690825 | + | Email/Text: nsm_bk_notices@mrcooper.com | |
| | | Jul 16 2026 02:00:00 | Nationstar Mortgage LLC, dba Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 14692715 | ^ | MEBN | |
| | | Jul 16 2026 01:57:56 | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14807121 | + | Email/Text: mtgbk@shellpointmtg.com | |
| | | Jul 16 2026 02:00:00 | NewRez LLC d/b/a Shellpoint Mortgage |

District/off: 0313-4    User: admin    Page 3 of 4

Date Rcvd: Jul 15, 2026    Form ID: 3180W    Total Noticed: 60

| | | | | |
|---|---|---|---|---|
| | | | | Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14806883 | + | Email/Text: RASEBN@raslg.com | Jul 16 2026 02:00:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o Michelle L. McGowan, Esq, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 14690826 | + | Email/Text: ngisupport@radiusgs.com | Jul 16 2026 02:00:00 | Northland Group Inc., P. O. Box 390846, Mail Code KHL1, Minneapolis, MN 55439-0846 |
| 14690827 | | EDI: PRA.COM | Jul 16 2026 05:51:00 | Portfolio Recovery Associates, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502 |
| 14698681 | | EDI: PRA.COM | Jul 16 2026 05:51:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14690828 | + | Email/Text: ngisupport@radiusgs.com | Jul 16 2026 02:00:00 | Radius Global Solutions LLC, P. O. Box 390905, Mail Code CBNK, Minneapolis, MN 55439-0905 |
| 14690829 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2026 02:07:27 | Resurgent/LVNV Funding, P. O. Box 1269, Greenville, SC 29602-1269 |
| 14690831 | ^ | MEBN | Jul 16 2026 01:58:19 | Santander Bank NA, 10 Commons Boulevard, MC: PA-WYO-CP3, Reading, PA 19605 |
| 14690830 | | Email/Text: DeftBkr@santander.us | Jul 16 2026 02:00:00 | Santander Bank, Mail Code: 10-421-CN2, P. O. Box 12646, Reading, PA 19612-2646 |
| 14700870 | ^ | MEBN | Jul 16 2026 01:57:29 | Santander Bank, N.A., c/o Kellie Rahl-Heffner, 33 S. 7TH STREET, P.O BOX 4060, Allentown, PA 18105-4060 |
| 14690833 | + | Email/Text: servicing@svcfin.com | Jul 16 2026 02:00:00 | Service Finance Company LLC, 555 S. Federal Hwy., Ste. 200, Boca Raton, FL 33432-6033 |
| 14690925 | + | EDI: PRA.COM | Jul 16 2026 05:51:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14690835 | + | EDI: WTRRNBANK.COM | Jul 16 2026 05:51:00 | TD Bank USA/Target Credit, P. O. Box 673, Minneapolis, MN 55440-0673 |
| 14690834 | + | EDI: WTRRNBANK.COM | Jul 16 2026 05:51:00 | Target Card Services, P. O. Box 9500, Minneapolis, MN 55440-9500 |
| 14690836 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 16 2026 02:00:00 | Toyota Financial Services, P. O. Box 8026, Cedar Rapids, IA 52408-8026 |
| 14690837 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jul 16 2026 02:00:00 | Toyota Motor Credit Corp., P. O. Box 9013, Addison, TX 75001-9013 |
| 14705332 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jul 16 2026 02:00:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14690838 | + | EDI: CITICORP | Jul 16 2026 05:51:00 | Universal Card/Citibank, P. O. Box 6241, Sioux Falls, SD 57117-6241 |

TOTAL: 52

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Santander Bank, N.A., c/o Kellie Rahl-Heffner, 33 S. 7TH STREET, P.O BOX 4060, Allentown, PA 18105-4060 |
| 14690832 | *++++ | SANTANDER BANK NA, MC: PA-WYO-CP3, 1001 COMMONS BLVD, READING PA 19605-5500, address filed with court:, Santander Bank NA, 10 Commons Boulevard, MC: PA-WYO-CP3, Reading, PA 19605 |
| 14700187 | *++++ | SANTANDER BANK NA, MC: PA-WYO-CP3, 1001 COMMONS BLVD, READING PA 19605-5500, address filed with court:, Santander Bank NA, 10 Commons Boulevard, MC: PA-WYO-CP3, Reading, PA 19605 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

District/off: 0313-4         User: admin         Page 4 of 4

Date Rcvd: Jul 15, 2026         Form ID: 3180W         Total Noticed: 60

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2026         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID S. GELLERT | on behalf of Debtor Raymond R. McPeek  II dsgrdg@ptdprolog.net |
| KAITLIN D. SHIRE | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing c/o Hill Wallack LLP kshire@hillwallack.com lharkins@ecf.courtdrive.com |
| KAITLIN D. SHIRE | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing kshire@hillwallack.com  lharkins@ecf.courtdrive.com |
| KELLIE LYNNE RAHL-HEFFNER | on behalf of Creditor Santander Bank  N.A. krahl-heffner@grossmcginley.com, jkacsur@grossmcginley.com;jpraedin@grossmcginley.com |
| KERI P EBECK | on behalf of Creditor LVNV Funding  LLC kebeck@metzlewis.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| LAUREN MARSHALL BURNETTE | on behalf of Creditor Midland Funding LLC lburnette@messerstrickler.com  lminnucci@messerstrickler.com |
| MATTHEW K. FISSEL | on behalf of Creditor Midland Credit Management Inc. bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| MATTHEW K. FISSEL | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mimcgowan@raslg.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 11

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Raymond R. McPeek II | Social Security number or ITIN  xxx–xx–1514 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Eastern District of Pennsylvania

Case number:   22–11242–pmm

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Raymond R. McPeek II
aka Raymond McPeek, aka Ray McPeek

7/14/26

**By the court:** Patricia M. Mayer
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**